FILED

06 SEP 29 AM 9:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTENSON TRANSPORTATION, INC.,<br><br>                                  Plaintiff,<br>vs.<br>SAMSUNG INTERNATIONAL, INC. and SAMSUNG MEXICANA S.A. DE C.V.,<br><br>                                Defendants | CASE NO. 06cv0259 LAB (WMc)<br><br>**ORDER** |

      A telephonic Order to Show Cause hearing was held in the above-captioned matter on September 28, 2006. Appearing at the hearing for Plaintiff were Alan Howarth and Peter Doody. Appearing for Defendants was Elizabeth Smith-Chavez.

      Plaintiff's counsel set forth an acceptable explanation for his absence at the September 21, 2006, settlement conference. Good cause appearing, the Court finds that no sanctions shall be imposed.

      The Court reaffirms the Mandatory Settlement Conference scheduled for **November 2, 2006**

///

///

///

///

///

1 | **at 2:00 p.m.** before Magistrate Judge William McCurine, Jr. as detailed in the Court's August 1, 2006

2 | Case Management Conference Order. [Doc. No. 21.]

3 | **IT IS SO ORDERED.**

4

5 | Dated: September 28, 2006

6 | WILLIAM McCURINE, JR.
United States Magistrate Judge

7 | cc:

8 | HONORABLE LARRY A. BURNS
U.S. DISTRICT JUDGE

9

10 | ALL COUNSEL AND PARTIES OF RECORD