# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTENSON TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG INTERNATIONAL, INC. and SAMSUNG MEXICANA S.A. DE C.V., <br><br> Defendants. | CASE NO. 06CV0259-LAB (WMc) <br><br> **ORDER OF DISMISSAL** |

On January 24, 2007, the parties filed a joint motion to dismiss this case with prejudice. Therefore, all pending pretrial dates are hereby **VACATED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: January 19, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:     Magistrate Judge William McCurine, Jr.

1 | All Counsel of Record